UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FARMERS EXCHANGE BANK,

    Plaintiff,

v.          Case No.  8:10-cv-1793-T-30TBM

TIMBERLANDS OF HAMILTON,
LTD., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Notice of Voluntary Dismissal With Prejudice (Dkt. #50). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs to the extent not inconsistent with the Settlement Agreement.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 20, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1793.dismiss 50.wpd